IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEQUINCY SMITH**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #177416**

V.　　　　　　　　　Case No. 4:22-cv-00465-LPR

**AHMARI CAFFEY, et al.**　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

The Court has received the Proposed Findings and Recommendation (PFR) submitted by United States Magistrate Judge Patricia S. Harris.[1] No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PFR and careful consideration of the record in this case, the Court approves and adopts the PFR in its entirety as this Court's findings and conclusions in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims are dismissed without prejudice for failure to state a claim upon which relief may be granted.

2. The Court recommends that dismissal of this action count as a "strike" within the meaning of 28 U.S.C. § 1915(g).

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 20th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] Doc. 10.